IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GARY WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:05-CV-0227-A |
| | )    WO |
| TALLAPOOSA COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 18, 2005 (Doc. 4), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that Plaintiff's claims against the Tallapoosa County Jail are dismissed prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and that this entity is dismissed as a defendant to this complaint. It is further **ORDERED** that this case with respect to the remaining defendants is referred back to the Magistrate Judge for additional proceedings.

Done this 26th day of April, 2005.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE