IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION


GARY WILLIS, #239934,                              )
                                                   )
                        Plaintiff,                 )
                                                   )
vs.                                                )       CIVIL ACTION NO. 3:05cv227-WHA
                                                   )
JIMMY ABBOTT, et al.,                              )
                                                   )
                        Defendants.                )


## ORDER

No objection having been filed to the Recommendation of the Magistrate Judge (Doc.

#21), entered on May 8, 2006, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to

prosecute this action properly and to comply with the orders of the court.

DONE this 24th day of May, 2006.


                                        /s/ W. Harold Albritton
                                        W. HAROLD ALBRITTON
                                        SENIOR UNITED STATES DISTRICT JUDGE